USCA1 Opinion

 

 February 1, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 94-1956 DENNIS P. GRACE, Plaintiff, Appellant, v. SECRETARY OF HEALTH AND HUMAN SERVICES, Defendant, Appellee. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Joseph L. Tauro, U.S. District Judge] ___________________ ___________________ Before Torruella, Chief Judge, ___________ Selya and Boudin, Circuit Judges. ______________ ___________________ Dennis P. Grace on brief pro se. _______________ Donald K. Stern, United States Attorney, Charlene A. _________________ ____________ Stawicki, Assistant United States Attorney, and Eileen M. ________ __________ Cedrone, Assistant Regional Counsel, Region 1, Department of _______ Health and Human Services, on brief for appellee. __________________ __________________ Per Curiam. We have reviewed the parties' briefs and __________ the record on appeal. We affirm the order of the district court, entered August 11, 1994, essentially for the reasons stated in the district court's memorandum, dated August 10, 1994. Affirmed. _________ -2-